615 A.2d 732

**COMMONWEALTH of Pennsylvania, ex rel. Alan PURSELL, Relator, Appellant,**

v.

**James M. MORGAN, Warden at Western Penitentiary, and William R. Cunningham, District Attorney, Appellees.**

Supreme Court of Pennsylvania.

Submitted Sept. 22, 1992.

Decided Nov. 10, 1992.

Alan Pursell, pro se.

William A. Cunningham, Dist. Atty., Kenneth A. Zak, Asst. Dist. Atty., Erie, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM.

The appeal in the above-captioned case is hereby dismissed without prejudice. The trial court is ordered to proceed with

the appellant's presently pending, counseled Petition pursuant to the Post–Conviction Relief Act.

LARSEN, J., notes his dissent.